■ In the Matter of the Claim of ANGELO FLORES, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 16, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective January 30, 1975, on the ground that he lost his employment as a result of misconduct. On the last day of claimant's employment, he refused a request by the employer to work overtime to complete a process that he had started. The credible evidence establishes that claimant had known, on the basis of past practice, that an hour or two of overtime could be required when a process had to be completed. Claimant did not offer a compelling reason for refusing to work overtime, and did not attempt to ask another

employee to work overtime for him, which his supervisor advised him to do. Under the circumstances, the board could properly find that claimant without good cause refused a reasonable request of the employer and thus was guilty of misconduct. Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Koreman and Main, JJ., concur.